UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62222-CIV-ALTMAN/Hunt

**MATTHEW EDWARDS**,

    *Plaintiff*,

v.

**MILTON FRIEDMAN**, *et al.*,

    *Defendants*.

_____/

## ORDER OF REFERRAL

**THIS MATTER** comes before the Court on the parties' Joint Motion to Approve FLSA Settlement Agreement and Dismiss Case with Prejudice (the "Motion") [ECF No. 18]. This case involves an FLSA Settlement Agreement, which the Court must scrutinize to determine whether it is a fair and reasonable resolution of a *bona fide* dispute. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). To resolve this matter justly and efficiently, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **REFERRED** to United States Magistrate Judge Patrick M. Hunt for a fairness hearing (if necessary) and a Report and Recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

                                                         **ROY K. ALTMAN**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record